IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK, N.A., as successor-in-interest by
merger to RBC Bank (USA), as successor-in-interest
by merger to Community Bank of Naples, N.A.,

    Plaintiff,

v.                                                                                  Case No.: 2:13-cv-652-FtM-29UAM

STANLEY R. FOGG, JR., individually, and
THERESA M. FOGG, individually, BOARD OF
COUNTY COMMISSIONERS, COLLIER
COUNTY, FLORIDA, BARRON COLLIER
RESOURCES, LLLP, a Florida limited liability
Limited partnership,

    Defendants.
_____/

**MOTION TO DROP PARTY
DEFENDANT, BARRON COLLIER RESOURCES, LLLP**

    Plaintiff, PNC Bank, N.A., as successor-in-interest by merger to RBC Bank (USA), as successor-in-interest by merger to Community Bank of Naples, N.A. (the "Bank"), by and through its undersigned counsel, hereby moves for entry of an order dropping party defendants, Barron Collier Resources, LLLP, a Florida limited liability limited partnership ("Barron"), pursuant to Federal Rule of Civil Procedure 21, and in support thereof, states as follows:

    1.    This cause was initiated on or as of September 13, 2013, by the filing of a Verified Complaint (the "Complaint") in the Middle District of Florida, Fort Myers Division, against the Defendants [Doc. No. 1].

    2.    On February 20, 2014, the Bank filed an Amended Verified Complaint to add a count for foreclosure of commercial real property and improvements located in Collier County, Florida (the "Mortgaged Property") and added Barron as a junior lienholder.

3. Upon further investigation, the Bank has become aware that Barron is not a junior lienholder, and therefore, the Bank cannot foreclose on Barron's interest in the Mortgaged Property.

4. No parties will be prejudiced by dropping Barron as party defendants.

WHEREFORE, the Bank respectfully requests this Court, pursuant to Federal Rule of Civil Procedure 21, enter an Order dropping the party defendants, Barron, amend the caption of the above-styled action to reflect the removal of Barron as party defendants, and grant any other relief that is appropriate in the circumstances.

Dated this 6th day of March, 2014.

/s/ Megan M. Greene
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar No. 0731013
janthony@anthonyandpartners.com
**KRISTI NEHER DAVISSON, ESQUIRE**
Florida Bar No. 0152382
kdavisson@anthonyandpartners.com
**MEGAN M. GREENE, ESQUIRE**
Florida Bar No. 0102739
mgreene@anthonyandpartners.com
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida  33602
Telephone:  813/273-5616
Telecopier:  813/221-4113
Attorneys for PNC Bank, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic means and/or regular U.S. Mail this 6th day of March, 2014 to:

| | |
|---|---|
| **REXFORD DARROW, ESQUIRE** | **CARY J. GOGGIN, ESQUIRE** |
| Florida Bar No. 97039 | Florida Bar No.92404 |
| rex@duinaples.com | CGoggin@GAD-Law.com |
| Faett & Darrow, P.A. | Goede, Adamczyk & Deboest, PLLC |
| 1848 Airport Road South | 8950 Fontana Del Sol Way, Suite 100 |
| Naples, FL 34112 | Naples, FL 34109 |
| Telephone:   (239) 263-4384 | Telephone:   (239) 331-5100 |
| Facsimile:    (239) 417-4635 | Facsimile:    (239) 431-7317 |
| Attorney for Stanley R. Fogg, Jr. | Attorney for Theresa M. Fogg |
| | |
| Barron Collier Resources, LLLP | Board of County Commissioners, |
| c/o Brad Stockham, R.A. | Collier County Florida |
| 2600 Golden Gate Parkway | 2880 North Horseshoe Drive |
| Naples, FL 34102 | Naples, FL 34104 |

/s/ Megan M. Greene
**ATTORNEY**