UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK, N.A., as successor-in-interest by merger to RBC Bank (USA), as successor-in-interest by merger to Community Bank of Naples, N.A.,

      Plaintiff,

v.

STANLEY R. FOGG, JR., THERESA M. FOGG, COLLIER COUNTY BOARD OF COMMISSIONERS and BARRON COLLIER RESOURCES, LLLP,

      Defendants.

Case No: 2:13-cv-652-FtM-CM

## ORDER

Before the Court are Plaintiff PNC Bank, N.A.'s ("PNC") Motion to Drop Party Defendant, Barron Collier Resources, LLLP (Doc. 40), filed on March 6, 2014, and PNC's Motion to Drop Party Defendant, Board of County Commissioners, Collier County, Florida (Doc. 46), filed on March 12, 2014 (collectively, "Motions"). As grounds, PNC states that it filed an Amended Verified Complaint to add a count for foreclosure of commercial real property and improvements in this case on February 20, 2014, adding both Barron Collier Resources, LLLP and the Board of County Commissioners, Collier County, Florida as Defendants by virtue of their status as junior lienholders on the mortgaged property.

PNC now states that, upon further investigation, these Defendants are not junior lienholders, and further that the Board of County Commissioners has no interest in the mortgaged property.  PNC therefore moves the Court to drop Defendants Barron Collier Resources, LLLP and the Board of County Commissioners, Collier County, Florida as parties to this case pursuant to Rule 21, Federal Rules of Civil Procedure, which provides in relevant part that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party."

A party with no interest in the litigation should be dismissed, particularly where doing so will not prejudice the remaining parties.  *See Neste v. General American Life Ins. Co.*, No. 09-4581, 2011 WL 5075103, *1 n.3, *2 (E.D.Pa. Aug. 15, 2011) (recommending the dismissal of an insurance party defendant who had no interest in the policies at issue in the case); *Reinhardt v. Montana Human Rights Bureau*, No. CV 10-27-H-CCL, 2010 WL 5391280, *5 (D.Mont. Dec. 17, 2010) (citing Rule 21, dismissing three respondents who had no interest in the matter and their dismissal did not prejudice the petitioner).   In this case, PNC states that no parties will be prejudiced by dropping these Defendants.   Doc. 40 at 2; Doc. 46 at 2.

Although neither Motion contains a certification that the parties have conferred and indicating whether any party opposes the requested relief, as required by Middle District of Florida Local Rule 3.01(g)[1], no opposition to the Motions was filed and the time for doing so has now expired.  The Court will therefore grant

---

[1] Future filings that fail to comply with the Local Rules will be stricken or denied.

PNC's Motions, and the case will proceed against only named Defendants Stanley R. Fogg, Jr., and Theresa M. Fogg.

ACCORDINGLY, it is hereby

**ORDERED:**

1. PNC Bank, N.A.'s Motion to Drop Party Defendant, Barron Collier Resources, LLLP (Doc. 40) is **GRANTED**; PNC's Motion to Drop Party Defendant, Board of County Commissioners, Collier County, Florida (Doc. 46) is **GRANTED**.

2. The Clerk is directed to terminate all pending deadlines as to Defendants Barron Collier Resources, LLLP and Board of County Commissioners, Collier County, Florida and remove Defendant Barron Collier Resources, LLLP and Defendant Board of County Commissioners, Collier County, Florida from receiving future electronic filings in this case.

**DONE** and **ORDERED** in Fort Myers, Florida on this 1st day of April, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:

Counsel of record