UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK, N.A., as successor-in-interest by merger to RBC Bank (USA), as successor-in-interest by merger to Community Bank of Naples, N.A.,

    Plaintiff,

v.                                    Case No:   2:13-cv-652-FtM-CM

STANLEY R. FOGG, JR. and THERESA M. FOGG,

    Defendants.

## AMENDED[1] ORDER

This matter comes before the Court upon the parties' Stipulation for Voluntary Dismissal of Verified Complaint (Doc. 61), filed on August 5, 2014. Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the parties have stipulated to voluntarily dismiss this action with prejudice and that each party will bear its own fees and costs.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Pursuant to the Stipulation for Voluntary Dismissal of Verified Complaint (Doc. 61), this action is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

---

[1] Amended to reflect the correct docket entry and filing date of the Stipulation for Voluntary Dismissal.

- 2 -

2. The Clerk is directed to enter judgment accordingly, terminate all pending deadlines and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 6th day of August, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record